UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

'05 JUL 12 A10 :40

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL C. CROGAN,

        Defendant.

**05 CR 167**
Case No. 05-CR-
[T.29 U.S.C. § 501(c)]

**INFORMATION**

---

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all times material to this information:

    a. The United Transportation Union was a labor organization engaged in an industry affecting commerce.

    b. Local Number 1382 of the United Transportation Union, hereinafter referred to as Local 1382, whose members worked primarily in Milwaukee, Wisconsin, was a labor organization engaged in an industry affecting commerce.

    c. The defendant, Michael C. Crogan, was employed as the secretary/treasurer of Local 1382.

2. During the period from approximately March 1999, until approximately October 2002, in the State and Eastern District of Wisconsin,

**MICHAEL C. CROGAN,**

did knowingly embezzle and convert to his own use, approximately $31,700 belonging to Local 1382.

All in violation of Title 29, United States Code, Section 501(c).

July 12, 2005
Date

STEVEN M. BISKUPIC
United States Attorney